## The City of New York — Employee Direct Deposit Pay Statement

**Payroll Management System**

| ITEM # | PAY PERIOD | PAYDATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|
| | 07/20/08  08/02/08 | 08/08/08 | 740 | 0592 | Z 45700631 | 00G805 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | FEDERAL | STATE | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|
| 527304 | 021000089 | 1 | A 09 | A 09 | 0289480 | 3 | GREENE  ROBIN |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2523.65 | 86.62 | 154.15 | 36.05 | 78.89 | 47.38 | | 1618.43 |
| YEAR TO DATE | 40284.26 | 2162.54 | 2461.11 | 575.58 | 1379.30 | 824.68 | | **NET PAY** |
| | | | | | | | | 905.22 |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOURS | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: 07/26/08 | | | |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | 70:00 | 2512.14 | DESCRIPTION | BALANCE AVAILABLE HH:MM | DESCRIPTION | BALANCE AVAILABLE HH:MM |
| SVC/LONG/ED | | | 0:00 | 11.51 | | | | |

INFO SECURITY - DON'T SHARE PASSWORDS!

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRBN PREMIUM | 37.39 | | | G-CBP EMPE | | | |
| G-CBP/BC EE | | | | BOE PN LNS | 75.17 | 104 | 89 |
| BERS PN LN 3 | 50.96 | 104 | 33 | BERS PN LN 4 | 54.40 | 104 | 59 |
| BERS TDA | 497.25 | 18500.00 | 11106.93 | OTHER | 500.17 | | |

---

## The City of New York — Employee Direct Deposit Pay Statement

REVISED 5-99

**Payroll Management System**

| ITEM # | PAY PERIOD | PAYDATE | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|
| | 08/03/08  08/16/08 | 08/22/08 | 740 | 0592 | Z 45861263 | 00G805 |

| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | JSN | FEDERAL | STATE | REFERENCE # | CD | EMPLOYEE NAME |
|---|---|---|---|---|---|---|---|
| 527304 | 021000089 | 1 | A 09 | A 09 | 0289480 | 3 | GREENE  ROBIN |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2523.65 | 86.62 | 154.14 | 36.05 | 78.89 | 47.38 | | 1618.42 |
| YEAR TO DATE | 42807.91 | 2249.16 | 2615.25 | 611.63 | 1458.19 | 872.06 | | **NET PAY** |
| | | | | | | | | 905.23 |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOURS | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: 08/09/08 | | | |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | 70:00 | 2512.14 | DESCRIPTION | BALANCE AVAILABLE HH:MM | DESCRIPTION | BALANCE AVAILABLE HH:MM |
| SVC/LONG/ED | | | 0:00 | 11.51 | | | | |

CHECK NYC'S PERFORMANCE @ CPR ON NYC.GOV

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRBN PREMIUM | 37.39 | | | G-CBP EMPE | | | |
| G-CBP/BC EE | | | | BOE PN LNS | 75.17 | 104 | 88 |
| BERS PN LN 3 | 50.96 | 104 | 32 | BERS PN LN 4 | 54.40 | 104 | 58 |
| BERS TDA | 497.25 | 18500.00 | 10609.68 | OTHER | 500.17 | | |

| The City of New York | | | EMPLOYEE DIRECT DEPOSIT PAY STATEMENT | | | Payroll Management System | | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | PAY PERIOD | PAYDATE | | | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
| | 08/31/08  09/13/08 | 09/19/08 | | | | 740 | 0592 | Z  46182668 | 00G805 |
| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | | JSN | FEDERAL | STATE | REFERENCE # | CD | EMPLOYEE NAME | |
| 527304 | 021000089 | | 1 | A 09 | A 09 | 0289480 | 3 | GREENE           ROBIN | |
| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD | |
| THIS PERIOD | 2523.65 | 86.62 | 154.15 | 36.05 | 78.89 | 47.38 | | 1618.43 | |
| YEAR TO DATE | 47855.21 | 2422.40 | 2923.55 | 683.73 | 1615.97 | 966.82 | | NET PAY | |
| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOURS | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: | 09/06/08 | | 905.22 | |
| REGULAR PAY | | | 70:00 | 2512.14 | DESCRIPTION | BALANCE AVAILABLE H H : M M | DESCRIPTION | BALANCE AVAILABLE H H : M M | |
| SVC/LONG/ED | | | 0:00 | 11.51 | | | | | |
| | | | | | MAYOR'S GRAD SCHOLARSHIP NYC.GOV/MGSP | | | | |

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRBN PREMIUM | 37.39 | | | G-CBP EMPE | | | |
| G-CBP/BC EE | | | | BOE PN LNS | 75.17 | 104 | 86 |
| BERS PN LN 3 | 50.96 | 104 | 30 | BERS PN LN 4 | 54.40 | 104 | 56 |
| BERS TDA | 497.25 | 18500.00 | 9615.18 | OTHER | 500.17 | | |

| The City of New York | | | EMPLOYEE DIRECT DEPOSIT PAY STATEMENT | | | Payroll Management System | | | |
|---|---|---|---|---|---|---|---|---|---|
| ITEM # | PAY PERIOD | PAYDATE | | | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
| | 08/17/08  08/30/08 | 09/05/08 | | | | 740 | 0592 | Z  46022326 | 00G805 |
| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | | JSN | FEDERAL | STATE | REFERENCE # | CD | EMPLOYEE NAME | |
| 527304 | 021000089 | | 1 | A 09 | A 09 | 0289480 | 3 | GREENE           ROBIN | |
| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD | |
| THIS PERIOD | 2523.65 | 86.62 | 154.15 | 36.05 | 78.89 | 47.38 | | 1618.43 | |
| YEAR TO DATE | 45331.56 | 2335.78 | 2769.40 | 647.68 | 1537.08 | 919.44 | | NET PAY | |
| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOURS | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: | 08/23/08 | | 905.22 | |
| REGULAR PAY | | | 70:00 | 2512.14 | DESCRIPTION | BALANCE AVAILABLE H H : M M | DESCRIPTION | BALANCE AVAILABLE H H : M M | |
| SVC/LONG/ED | | | 0:00 | 11.51 | | | | | |
| | | | | | JOIN NYC STORMSTAFF HTTP:CITYSHARE.NYCNET | | | | |

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRBN PREMIUM | 37.39 | | | G-CBP EMPE | | | |
| G-CBP/BC EE | | | | BOE PN LNS | 75.17 | 104 | 87 |
| BERS PN LN 3 | 50.96 | 104 | 31 | BERS PN LN 4 | 54.40 | 104 | 57 |
| BERS TDA | 497.25 | 18500.00 | 10112.43 | OTHER | 500.17 | | |

Case 1-08-47463-ess    Doc 3    Filed 11/04/08    Entered 11/04/08 16:10:44

REVISED 5/99

| The City of New York | | | EMPLOYEE DIRECT DEPOSIT PAY STATEMENT | | Payroll Management System | | | |
|---|---|---|---|---|---|---|---|---|
| ITEM # | PAY PERIOD | PAYDATE | | | PAYROLL # | WORK UNIT | CHECK NUMBER | DISTRIBUTION # |
| | 09/28/08 10/11/08 | 10/17/08 | | | 740 | 0592 | Z 46507407 | 00G805 |
| PENSION # | ELECTRONIC FUND TRANSFER INFORMATION | | JSN FEDERAL / STATE | REFERENCE # | CD | EMPLOYEE NAME | | |
| 527304 | 021000089 | | 1 A 09 A 09 | 0289480 | 3 | GREENE        ROBIN | | |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 2523.65 | 86.62 | 154.15 | 36.06 | 78.89 | 47.38 | | 1586.78 |
| YEAR TO DATE | 52902.51 | 2595.64 | 3231.85 | 755.84 | 1773.75 | 1061.58 | | NET PAY |

| DESCRIPTION | UNITS / HOUR | AMT. EARNED PRIOR PERIOD | UNITS / HOURS | AMT. EARNED THIS PERIOD | LEAVE BALANCE AS OF: 10/04/08 | | | 936.87 |
|---|---|---|---|---|---|---|---|---|
| REGULAR PAY | | | 70:00 | 2512.14 | DESCRIPTION | BALANCE AVAILABLE HH.MM | DESCRIPTION | BALANCE AVAILABLE HH.MM |
| SVC/LONG/ED | | | 0:00 | 11.51 | | | | |
| | | | | | MAYOR'S GRAD SCHOLARSHIP 212.669.4163 | | | |

| DESCRIPTION | AMOUNT THIS PERIOD | TOTAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | TOTAL AMOUNT OR TOTAL INSTALLMENT NO | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| TRBN PREMIUM | 37.39 | | | G-CBP EMPE | | | |
| G-CBP/BC EE | | | | BOE PN LNS | 75.17 | | |
| BERS PN LN 3 | 50.96 | 104 | 28 | BERS PN LN 4 | 54.40 | 104 | 84 |
| BERS TDA | 497.25 | 18500.00 | 8620.68 | OTHER | 468.51 | | 54 |